FEDERAL NATIONAL MORTGAGE ASSOCIATION *v.* JON A. BARAN ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 19266) is denied.

*Jon A. Baran*, pro se, in support of the petition.

*Thomas J. Farrell*, in opposition.

Decided May 6, 1999